

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2020

No. 04-20-00092-CV

Mitchell **PATTERSON,**
Appellant

v.

Gloria A. **PATTERSON**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-10579
Honorable Laura Salinas, Judge Presiding

# O R D E R

The reporter's record was due April 6, 2020. On April 27, 2020, the court reporter filed a notification indicating she had recently been paid by appellate counsel and requesting an extension until May 23, 2020 to file the record. After consideration, we **GRANT** the court reporter's request and **ORDER** the court reporter to file the reporter's record **by May 23, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court